# BARTON

Mathew Hoffman, Esq.
Direct dial: 212-885-8861
mhoffman@bartonesq.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2020

711 Third Avenue
14th Floor
New York, NY 10017

(212) 687.6262  Office
(212) 687.3667  Fax

bartonesq.com

October 22, 2020

**VIA ECF AND EMAIL** (Torres_NYSDChambers@nysd.uscourts.gov)

Hon. Analisa Torres, U.S.D.J.
United States District Court
500 Pearl Street
New York, New York 10007

      Re:    *Viscount Bledisloe et al v. Art Finance Partners LLC et al.*
              Case No. 20-cv-6358-AT

Dear Judge Torres:

      I represent the Defendants here but submit this on behalf of all parties with the consent of counsel for Plaintiffs.

      The parties appreciate the Court referring us to the Magistrate Judge for settlement talks at this early juncture. The parties also had requested the temporary suspension of other dates in the case (time to answer, November 3 conference). We would appreciate the Court's advice as to whether that aspect of our joint request was granted as well.

      If it is, my request yesterday for an extension of time to respond to the Complaint is moot.

      We thank the Court for its attention to this matter.

The request to stay the proceedings is DENIED. By **November 15, 2020**, Defendants shall answer or otherwise respond to the complaint. The initial pretrial conference scheduled for November 3, 2020, is ADJOURNED to **December 1, 2020**, at **11:20 a.m**. By **November 24, 2020**, the parties shall file their joint letter and proposed case management plan. At the time of the conference, the parties are directed to dial 888-398-2342 or 215-861-0674, and enter access code 5598827.

The Clerk of the Court is directed to terminate the motion at ECF No. 22.

SO ORDERED.

Dated: October 22, 2020
       New York, New York

                                      **ANALISA TORRES**
                                      United States District Judge