```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/16/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUPERT EDWARD LUDLOW VISCOUNT BLEDISLOE, MATILDA BLANCHE CLARK, and OTTO BENJAMIN CHARLES BATHURST,

                Plaintiffs,

-against-

ART FINANCE PARTNERS LLC and ANDREW C. ROSE,

                Defendants.

20 Civ. 6358 (AT) (OTW)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Plaintiffs' letter dated November 12, 2020. ECF No. 29. Plaintiffs' request to file a stipulation to a second amended complaint, and if Defendants so stipulate, a second amended complaint, is GRANTED. Accordingly, by **November 24, 2020**, Plaintiffs shall file a stipulation to the second amended complaint. If Defendants consents to the stipulation, Plaintiffs shall promptly file the second amended complaint. Per Defendants' request, Defendants need not answer or otherwise respond to the first amended complaint, unless otherwise ordered by the Court. Defendants, along with any new parties named in the second amended complaint, shall respond to the second amended complaint within **twenty-one days** of service. The initial pretrial conference scheduled for December 1, 2020, is ADJOURNED to **January 7, 2021**, at **11:20 a.m.** By **December 31, 2020**, the parties shall file their joint letter and proposed case management plan.

      SO ORDERED.

Dated: November 16, 2020
       New York, New York

                                                    ANALISA TORRES
                                         United States District Judge